*E-Filed 7/10/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

LUIS SALAZAR,

        Plaintiff,

   v.

HOMECOMINGS FINANCIAL SERVICES LLC; QUANTUM SERVICING CORPORATION; ETS SERVICES LLC; and DOES 1 through 100, inclusive,

        Defendants.
_____/

No. 5:09 CV 2896 RS

**ORDER SETTING CONSENT/DECLINATION DEADLINE**

    Defendant Quantum Servicing Corporation has filed a motion to dismiss, docket [5] in the above-captioned matter. The motion is noticed for hearing on August 12, 2009, at 9:30 a.m.

    In accordance with Civil Local Rule 73-1, all parties are directed to file their consents or declinations to magistrate jurisdiction no later than **July 29, 2009**.

    IT IS SO ORDERED.

Dated:   7/10/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

CASE NO. 5:09 CV 2896 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE

THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED* TO:

Michael James Fox          mfox@piteduncan.com

T. Robert Finlay          rfinlay@wrightlegal.net

AND A HARD COPY OF THIS ORDER WAS MAILED TO:

Luis Salazar
3889 Sark Way
San Jose, CA 95111

DATED: 7/10/09

/s/ Chambers Staff
Chambers of Magistrate Judge Richard Seeborg

* Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

CASE NO. 5:09 CV 2896 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE

2