MICHAEL J. FOX (SBN 170854)
ELANA J. MOEDER (SBN 252909)
PITE DUNCAN, LLP
1820 East First Street, Suite 420
Santa Ana, CA 92705
(714) 285-2633
(714) 285-2668 *facsimile*
E-Mail: emoeder@piteduncan.com

Attorneys for Defendant HOMECOMINGS FINANCIAL, LLC [*erroneously sued herein as Homecomings Financial Services LLC*] and ETS SERVICES, LLC

**DENIED**
*James Ware*
Judge James Ware

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| LUIS SALAZAR-In Pro Per,<br><br>Plaintiff,<br><br>v.<br><br>HOMECOMINGS FINANCIAL SERVICES LLC, QUANTUM SERVICING CORPORATION, ETS SERVICES LLC DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No. 5:09-cv-02896-RS<br><br>Assigned to Hon. James Judge Ware<br>Courtroom 8<br><br>Original Complaint Filed: May 22, 2009<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** FOUND AS MOOT |

Counsel for Defendants report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

\_\_\_  Non-binding Arbitration (ADR L.R. 4)

\_\_\_  Early Neutral Evaluation (ENE) (ADR L.R. 5)

\_\_\_  Mediation (ADR L.R. 6)

/ / /

/ / /

/ / /

-1-
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS  894638.wpd

**Private Process:**

    X    Private ADR (please identify process and provider): <u>Private Mediation. Provider to be selected once there is an operative complaint.</u>

The parties agree to hold the ADR session by:

    X    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ___    other requested deadline _____

Counsel for HOMECOMINGS FINANCIAL, LLC and ETS SERVICES, LLC met and conferred via telephone with Plaintiff on October 7, 2009. At that time, Plaintiff indicated he did not want to discuss this lawsuit with our office. Counsel left a voicemail for Plaintiff on October 12, 2009 in a second attempt to meet and confer, but Plaintiff has not returned the phone call. Therefore, counsel is unaware of Plaintiff's preferred ADR process.

Dated: October ____, 2009

By: LUIS SALAZAR, PLAINTIFF IN PRO PER

Dated: October 15, 2009

PITE DUNCAN, LLP

By: ELANA J. MOEDER
Attorneys for Defendant HOMECOMINGS FINANCIAL, LLC and ETS SERVICES, LLC

Dated: October 20, 2009

WRIGHT FINLAY & ZAK

By: CHRISTINA D. ROVIRA
Attorneys for Defendant QUANTUM SERVICING, A CLAYTON HOLDINGS COMPANY

## ORDER

Based upon the Stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED THAT:

The Stipulation selecting ADR program is denied as MOOT. The Court has entered final judgment on October 28, 2009.

Date: October 29, 2009

_____
United States District Court Judge

*Salazar v Homecomings Financial Services, LLC, et al.*
U.S. District Court, Northern District of California - San Jose Division Case No. 5:09-cv-02896 RS
Santa Clara County Superior Court Case No. 1-09-CV-143165

## DECLARATION OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 1820 E. First Street, Suite 420, Santa Ana, California 92705.

On October 21, 2009, I served the following document(s): **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** on the parties in this action addressed as follows:

| | |
|---|---|
| Luis Salazar<br>3889 Sark Way<br>San Jose, CA 95111<br>Tel: (408) 666-3166/Fax: not provided<br>*Plaintiff, in pro per* | Christina D. Rovira, Esq.<br>WRIGHT FINLEY & ZAK<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA 92660<br>Tel: (949) 477-5050/Fax: (949) 477-9200<br>Email: rfinlay@wrightlegal.net<br>Email: crovira@wrightlegal.net<br>*Attorneys for Defendant Quantum Servicing,<br>a Clayton Holdings Company* |

__X__ **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__X__ **BY ELECTRONIC TRANSFER:** I caused the above-entitled document(s) to be electronically filed and served on the interested parties to the action via CM/ECF e-service at http://www.cand.uscourts.gov/. A copy of the transmission receipt will be maintained with the original document(s) in our office.

_____ **BY FACSIMILE:** I personally sent to the addressee's facsimile number a true copy of the above-described document(s). I verified transmission with a confirmation printed out by the facsimile machine used. Thereafter, I placed a true copy in a sealed envelope addressed and mailed as indicated above.

_____ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X__ **FEDERAL:** I certify/declare/state under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed October 21, 2009, at Santa Ana, California.

*/s/ Hilda Mendoza*
HILDA MENDOZA

1839630.wpd